UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

EARL GRIFFIN

VERSUS

JO ANNE B. BARNHART,
COMMISSIONER OF
SOCIAL SECURITY

CIVIL ACTION

NO. 06-689-A

## RULING

The court has carefully considered the motion, the record, the law applicable to this action, and the Report and Recommendation (doc. 8) of United States Magistrate Judge Christine Noland, dated February 7, 2007, to which no objection has been filed, hereby approves the report and recommendation and adopts it as the court's opinion herein.

The court hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein.

Accordingly, Defendant's Motion to Dismiss (doc. 3) is hereby GRANTED.

Judgment shall be entered accordingly.

Baton Rouge, Louisiana, March 28 2007.

JOHN V. PARKER, JUDGE
MIDDLE DISTRICT OF LOUISIANA